No. 86–136.  ISLAMIC REPUBLIC OF IRAN ET AL. v. PAHLAVI. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–150.  FENENDAEL ET UX. v. ZOBEL, BY HANCOX ET AL., GUARDIANS.  Appeal from Ct. App. Wis. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  █

No. 86–182.  POLYAK v. BUFORD EVANS & SONS.  Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–213.  FIELDS ET AL. v. LEWIS ET AL.  Appeal from Ct. App. Ky. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5025.  DAWN ET AL. v. GREENE ET AL.  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5061.  PERKINS v. HARTIGAN, ATTORNEY GENERAL OF ILLINOIS.  Appeal from C. A. 7th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5181.  IN RE NUEY.  Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5224.  VIOLA v. ARIZONA.  Appeal from Ct. App. Ariz. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–7190.  BETKA v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  Appeal from D. C. Ore. dismissed for want of jurisdiction.